```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/11/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA, *ex rel.*,
DR. THALIA-RAE CRIDDLE, DMD,

          Plaintiff,

-against-

NEW YORK CITY HEALTH AND HOSPITALS CORPORATION; HARLEM HOSPITAL CENTER a/k/a NYC HEALTH + HOSPITALS/HARLEM; HARLEM HOSPITAL DEPARTMENT OF DENTISTRY; PATRICIA E. MILLER, INC. d/b/a PATRICIA E. MILLER, D.D.S.; PREMER ORAL SURGERY ASSOCIATES PLLC; PROGRESSIVE ORAL SURGERY; PATRICIA E. MILLER; MOHAMMED SADEGHI; JAMES R. KING; and DANIEL GREENMAN,

          Defendants.

19 Civ. 8281 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 7, 2022, the Court ordered the parties to submit a joint letter and proposed case management plan by July 7, 2022. ECF No. 18. These submissions are overdue. Accordingly, by **July 25, 2022**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: July 11, 2022
       New York, New York

                                         ANALISA TORRES
                                     United States District Judge