

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/2022

**Rebecca Monck Ricigliano**
RRicigliano@crowell.com
(212) 895-4268 direct

New York, NY 10022
+1.212.223.4000  main
+1.212.223.4134  fax

August 15, 2022

The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Email: Torres_NYSDChambers@nysd.uscourts.gov

Re: *United States ex rel. Dr. Thalia-Rae Criddle, DMD v. NY City Health and Hospitals Corp et al., Case 1:19-cv-08281-AT*

Dear Judge Torres:

We represent Defendant New York City Health and Hospitals d/b/a NYC Health + Hospitals ("Health + Hospitals")[1] and Dr. James R. King (collectively, "Defendants") in the above-captioned action.[2] Pursuant to Your Honor's Individual Practices in Civil Cases, on behalf of Health + Hospitals we respectfully request a thirty (30) day extension of time to respond to the summons and complaint in this action. This is our first request for an extension, and Plaintiff/Relator Dr. Thalia-Rae Criddle ("Plaintiff") does not object to this request.

Plaintiff served Health + Hospitals with the summons and complaint on July 27, 2022. Per the Local Rules for the Southern District of New York, Health + Hospitals was originally required to respond by August 17, 21 days from service. Health + Hospitals retained us within the last week. Per Sections III(A)-(B) of the Court's Rules for Individual Practices in Civil Cases, we plan to engage plaintiff's counsel with a letter identifying certain deficiencies in the Complaint. We will also convey that, if plaintiff does not address these deficiencies, we will advise the Court that we intend to file a motion to dismiss the Complaint. We have contacted Plaintiff's counsel, but have yet to hear back from counsel. Accordingly, we respectfully request an extension of 30 days to allow time for this process to develop and to determine the appropriate next steps.

GRANTED.

SO ORDERED.

Dated: August 17, 2022
       New York, New York

ANALISA TORRES
United States District Judge