UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA, ex rel., DR. THALIA-RAE CRIDDLE, DMD,

           Plaintiff,

  -v-

NEW YORK CITY HEALTH AND HOSPITALS CORPORATION; HARLEM HOSPITAL CENTER a/k/a NYC HEALTH AND HOSPITALS/HARLEM; HARLEM HOSPITAL DEPARTMENT OF DENTISTRY; PATRICIA MILLER d/b/a PATRICIA E. MILLER D.D.S.; PREMIER ORAL SURGERY ASSOCIATES PLLC; MOHAMMED SADEGHI; DANIEL GREENMAN; and JAMES KING,

           Defendants.

CIVIL ACTION NO.: 19 Civ. 8281 (AT) (SLC)

**ORDER**

---

**SARAH L. CAVE,** United States Magistrate Judge.

     A telephone conference is scheduled for **Friday, August 18, 2023 at 1:00 p.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. At the conference, the parties shall be prepared to discuss their availability, and that of their clients, for a settlement conference.

Dated:     New York, New York
             July 24, 2023

                                            SO ORDERED.

                                            _____
                                            SARAH L. CAVE
                                            **United States Magistrate Judge**