UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA, *ex rel.*
DR. THALIA-RAE CRIDDLE, DMD,

          Plaintiff,

-against-

NEW YORK CITY HEALTH AND HOSPITALS CORPORATION; HARLEM HOSPITAL CENTER a/k/a NYC HEALTH + HOSPITALS/HARLEM; HARLEM HOSPITAL DEPARTMENT OF DENTISTRY; PATRICIA E. MILLER, INC. d/b/a PATRICIA E. MILLER, D.D.S.; PREMER ORAL SURGERY ASSOCIATES PLLC; PROGRESSIVE ORAL SURGERY; PATRICIA E. MILLER; MOHAMMED SADEGHI; JAMES R. KING; and DANIEL GREENMAN,

          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/2023

19 Civ. 8281 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    A settlement conference in this matter is scheduled for **October 4, 2023**, before the Honorable Sarah L. Cave. ECF No. 99. Accordingly, Defendants' motion to dismiss, ECF No. 72, is held in abeyance pending the parties' participation in settlement discussions. The Clerk of Court is directed to terminate the motion at ECF No. 72.

    SO ORDERED.

Dated: September 14, 2023
       New York, New York

                                            ANALISA TORRES
                                            United States District Judge