UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <u>ex</u> <u>rel.</u>, DR. THALIA-RAE CRIDDLE, DMD,<br><br>                    Plaintiff,<br><br>  -v-<br><br>NEW YORK CITY HEALTH AND HOSPITALS CORPORATION; HARLEM HOSPITAL CENTER a/k/a NYC HEALTH AND HOSPITALS/HARLEM; HARLEM HOSPITAL DEPARTMENT OF DENTISTRY; PATRICIA MILLER d/b/a PATRICIA E. MILLER D.D.S.; PREMIER ORAL SURGERY ASSOCIATES PLLC; MOHAMMED SADEGHI; DANIEL GREENMAN; and JAMES KING,<br><br>                    Defendants. | CIVIL ACTION NO. 19 Civ. 8281 (AT) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

      On notification from the parties that they have reached an agreement in principle, the Court directs the parties to file, by **November 9, 2023**, a stipulation of dismissal with prejudice for the attention of the Honorable Analisa Torres. All deadlines and appearances are adjourned <u>sine</u> <u>die</u>.

Dated:    New York, New York
             October 10, 2023

                                                    SO ORDERED.

                                                    */s/ Sarah L. Cave*
                                                    SARAH L. CAVE
                                                    **United States Magistrate Judge**