# STONE MAGNANINI

## COMPLEX LITIGATION

November 9, 2023

**VIA ECF**
The Honorable Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

> The request at ECF No. 102 is GRANTED. By **November 16, 2023**, the parties shall file a stipulation of dismissal with prejudice for the attention of the Honorable Analisa Torres.
>
> The Clerk of Court is respectfully directed to close ECF No. 102.
>
> SO ORDERED.   11/9/2023
>
> *[signature]*
> SARAH L. CAVE
> United States Magistrate Judge

Re:   *United States ex rel. Criddle v. N.Y. Cty. Health and Hospitals Corp.*,
      1:19-cv-08281-AT – Parties' Settlement

Dear Judge Cave:

I write on behalf of Relator in the above case. Under the Court's Order (ECF No. 101), the parties must file a dismissal notice by today, November 9. The parties have struck a settlement in principle and have been actively working with the U.S. Attorney's Office for the Southern District of New York to finalize the details. However, completing the settlement, securing signatures, and assembling the necessary consents and closing paperwork, including from a state facility party, has unexpectedly taken more time than anticipated.

Accordingly, we kindly ask the Court for a brief one-week extension until November 16 to complete these tasks. Defendants consent to the request, and to date, this is the first request to extend this deadline.

Very truly yours,

/s/ Robert A. Magnanini
Robert A. Magnanini, Esq.
**STONE & MAGNANINI**, LLP
Counsel for Relator

cc:   The Honorable Analisa Torres, U.S.D.J., S.D.N.Y.
      Counsel for Defendants
      (VIA ECF)

400 Connell Drive, Suite 6200, Berkeley Heights, New Jersey 07922
P 973.218.1111  / F 973.218.1106 / www.smcomplex.com