# STONE MAGNANINI

## COMPLEX LITIGATION

November 16, 2023

**VIA ECF**
The Honorable Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

> The request at ECF No. 104 is GRANTED. By **December 11, 2023**, the parties shall file a stipulation of dismissal with prejudice for the attention of the Honorable Analisa Torres.
>
> The Clerk of Court is respectfully directed to close ECF No. 104.
>
> SO ORDERED.    11/17/2023
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

Re:   *United States ex rel. Criddle v. N.Y. Cty. Health and Hospitals Corp.*,
      1:19-cv-08281-AT  – Parties' Settlement

Dear Judge Cave:

I am writing to inform you that the parties have signed a settlement agreement in the above-referenced case. We have kept the U.S. Attorney's Office for the Southern District of New York updated throughout this process. According to the agreement, the defendants have a three-week period to make the agreed payment. Once we receive this payment, we will then have two days to file the stipulation of dismissal.

Given these terms, we will need an extension of at least 24 days to ensure all parties have enough time to fulfill their respective obligations and for the U.S. Attorney's Office to provide their consent to the dismissal.

Therefore, we respectfully ask the Court to grant us this extension. We assure you that once the payment is made and the U.S. Attorney's Office consents, we will promptly submit the stipulation of dismissal. Defendants are aware of this request and have given their consent.

Thank you for your understanding and for accommodating these final steps to formally conclude the case.

Very truly yours,

/s/ Robert A. Magnanini
Robert A. Magnanini, Esq.
**STONE & MAGNANINI, LLP**
Counsel for Relator

CC:   The Honorable Analisa Torres, U.S.D.J., S.D.N.Y.
      Counsel for Defendants
      (VIA ECF)

400 Connell Drive, Suite 6200, Berkeley Heights, New Jersey 07922
P 973.218.1111  / F 973.218.1106  / www.smcomplex.com